## GRAVES v. RAYLE and Others.

APPEAL from the *Howard* Common Pleas.

*Per Curiam.*—Under the peculiar circumstances of this case, we think the Court should have continued the cause.

The judgment is reversed, with costs. Cause remanded, etc.

*J. W. Robinson* and *Thomas A. Hendricks,* for the appellant.

*Samuel C. Willson,* for the appellees.

NOTE.—The motion for a continuance was based upon an affidavit of *C. D. Murray,* containing, in substance, this statement: That, at the request of the plaintiff's attorney and *Capt. Harrison,* the late attorney of the defendant (the appellant), he appeared for the defendant in this action, and that he was informed, and believed, that *Graves* knew nothing of *Capt. Harrison's* absence from home, or that there existed any necessity for the employment, by him, of other counsel, and that *Capt. Harrison* had volunteered two months before, and was then in the army, in *Western Virginia,* and that he, *Murray,* was informed by the agent of *Graves,* that *Graves* was under the impression that this (*Howard* Common Pleas) Court, did not meet in regular session until the Monday then next following, and that he, *Murray,* had had no opportunity of conferring with *Graves,* as to his defense herein. The Court refused, upon this affidavit, to grant the continuance, and rendered judgment.